UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | | |
|---|---|---|
| MARCUS S. MINIX, SR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 7: 21-069-WOB |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY DIALS, ET AL., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Marcus S. Minix, Sr.'s complaint [R. 1] is **DISMISSED WITHOUT PREJUDICE** pursuant to the abstention doctrine of *Younger v. Harris*, 401 U.S. 37 (1971).

2. This action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 13th day of October, 2021.



Signed By:
*William O. Bertelsman* WOB
United States District Judge